People v Roman (2025 NY Slip Op 06975)

People v Roman

2025 NY Slip Op 06975

Decided on December 16, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 16, 2025

Before: Moulton, J.P., Kennedy, Mendez, Michael, Chan, JJ. 

Ind. No. 72966/23|Appeal No. 5389|Case No. 2024-03830|

[*1]The People of the State of New York, Respondent,
v
Joshua Roman, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Elizabeth Lagerfeld of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Aidan Sanchez of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Raymond L. Bruce, J.), rendered June 4, 2024, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the fourth degree, and sentencing him to a three-year term of probation, unanimously affirmed.
Defendant validly waived his right to appeal (see People v Thomas, 34 NY3d 545 [2019], cert denied 589 US —, 140 S Ct 2020]), which forecloses review of both his constitutional vagueness challenge to a condition of his probation and his excessive sentence claim (see People v Lowndes, 239 AD3d 574, 574 [1st Dept 2025]). In any event, defendant's constitutional challenge is unpreserved, and we decline to review it in the interest of justice.
We also perceive no basis for reducing defendant's sentence.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 16, 2025